UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON BURCHETT PHOTOGRAPHY, INC.,

    Plaintiff,

-against-

DNV GL ENERGY SERVICES USA, INC.,

    Defendants.

19-cv-9230 (JSR)

ORDER



JED S. RAKOFF, U.S.D.J.

On November 1, 2019, plaintiff's counsel submitted a Notice of Voluntary Dismissal, ECF No. 8. The Notice of Voluntary Dismissal, however, contained an incorrect caption and was of no effect. <u>Id.</u> Based on the representations of plaintiff's counsel, ECF No. 11, it was plaintiff's intention to dismiss the above-captioned case. Accordingly, the Court orders the above-captioned matter dismissed with prejudice and orders the docket clerk to close all open motions.

    SO ORDERED.

Dated:   New York, NY

         December 9, 2019

                            JED S. RAKOFF, U.S.D.J.